# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID CODY**                                                                                   **PLAINTIFF**

**V.**                            **CASE NO. 3:17-CV-316-BD**

**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

## ORDER

Plaintiff David Cody has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #17) He seeks fees and expenses in the amount of $2,851.77. (*Id*.) The Commissioner does not object to the amount requested. (#19)

Mr. Cody's motion (#17) is GRANTED, and the Commissioner is directed to pay $2,851.77 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 26th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE